# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) CR No. 9-35 |
| v. | ) Civ No. 12-815 |
| | ) |
| JOHN L. CHAFFO, JR. | ) |
| | ) |

## ORDER OF COURT

Before the Court is Defendant's pro se Motion pursuant to 28 U.S.C. 2255. In accordance with United States v. Miller, 197 F.3d 644 (3d Cir. 1999), Defendant is hereby advised that all federal constitutional claims must be included in a single habeas corpus petition, or may be precluded. Accordingly, Defendant may choose to have his present Motion ruled on as filed; withdraw the pending Motion and file one new, all-inclusive 2255 petition setting forth every ground that may entitle him to relief from the conviction and sentence, provided that the new motion is filed within the one-year statute of limitations; or amend the Motion presently on file with any additional claims or materials, within the one-year limitations period. Defendant shall notify the Court of his choice within 45 (forty-five) days of the date of this Order. If Defendant does not do so, the Motion will be ruled on as filed. Once Defendant has notified the Court of his choice, an Order will issue setting the deadline for the Government's response.

AND NOW, this 19th day of June, 2012, it is so ordered.

BY THE COURT:

/s/Donetta W. Ambrose
Donetta W. Ambrose
Judge, U.S. District Court